## F. M. HUGHES *v.* JACOB LEIBER.

**Wills—Estate in Fee Simple.**

    A will conveying an estate to a wife "and the heirs of her body," constructively imports a fee simple title in her, and a purchaser from her will hold a fee simple interest indefeasable by her issue.

APPEAL FROM OLDHAM CIRCUIT COURT.

October 16,, 1868.

OPINION OF THE COURT BY JUDGE ROBERTSON:

Bulware's will and the conveyance by Price to Mrs. Griffith, and "the heirs of her body," pursuant to that will, constructively import a fee simple title in her. And consequently the purchaser of her title will hold a fee simple interest indefeasable by her issue.

The judgment of the circuit court is therefore affirmed.

*DeHaven,* for appellant.

*Carroll,* for appellee.